**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Kelsey J. Elling (SBN 337915)
*kelling@clarksonlawfirm.com*
Alan Gudino (SBN 326738)
*agudino@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BUSH, individually and on behalf of all others similarly situated, | Case No.  3:20-cv-03268-LB |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ATTORNEY KATHERINE A. BRUCE** |
| v. | |
| RUST-OLEUM CORPORATION, | |
| Defendant. | |

TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Katherine A. Bruce is no longer employed at Clarkson Law Firm, P.C., and will no longer represent Plaintiff Anthony Bush ("Plaintiff") in this matter. Plaintiff continues to be represented by Ryan J. Clarkson, Bahar Sodaify, Kelsey J. Elling and Alan Gudino of Clarkson Law Firm, P.C. and Christopher D. Moon and Kevin O. Moon of Moon Law, APC.

Date: June 14, 2024                                **CLARKSON LAW FIRM, P.C.**

By: */s/ Bahar Sodaify*
    Ryan J. Clarkson, Esq.
    Bahar Sodaify, Esq.
    Kelsey J. Elling, Esq.
    Alan Gudino, Esq.

*Attorneys for Plaintiff*