UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ANTHONY BUSH,<br><br>    Plaintiff,<br><br>v.<br><br>RUST-OLEUM CORPORATION,<br><br>    Defendant. | Case No. 20-cv-03268-LB<br><br>**JUDGMENT** |

On October 2, 2025, the court granted the motion for final approval of class action settlement. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the plaintiff and against the defendant, including a total settlement fund of $1.5 million with the following paid from that fund: $500,000 in attorney's fees and $284,640.78 in litigation costs to the plaintiff's counsel, a $5,000 service award to the plaintiff, $148,867.00 for settlement administration costs and $16,428.75 for additional administration distribution costs to the settlement administrator, with the remainder as the net settlement fund.

The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 2, 2025

                                                        LAUREL BEELER
                                                        United States Magistrate Judge